1  TRACY L. WILKISON
   United States Attorney
2  DAVID M. HARRIS
3  Assistant United States Attorney
   Chief, Civil Division
4  CEDINA M. KIM
5  Assistant United States Attorney
   Senior Trial Attorney, Civil Division
6  LYNN HARADA, CSBN 267616
7  Special Assistant United States Attorney
        Social Security Administration
8       160 Spear St., Suite 800
9       San Francisco, CA  94105
        Telephone: (510) 970-4820
10      Facsimile:  (415) 744-0134
11      Email:  Lynn.Harada@ssa.gov
12 Attorneys for Defendant

**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| STANLEY W. HUGHES,<br><br>    Plaintiff,<br><br>        v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:21-cv-06196-PVC<br>_____<br><br>**JUDGMENT OF REMAND** |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**

-2-

**DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED:  6/10/22

HON. PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE